# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

150994(61)(62)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LORINDA IRENE SWAIN,
     Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 150994
COA: 314564
Calhoun CC:  2001-004547-FC

On order of the Chief Justice, the joint motion of Kelvin David Moffit and Edward William Taylor to file a brief amicus curiae on behalf of defendant-appellant is GRANTED.  The amicus brief will be accepted for filing if submitted on or before December 16, 2015.  On further order of the Chief Justice, the separate motion of Michael Ward for leave to file a brief amicus curiae on behalf of defendant-appellant is GRANTED.  The amicus brief submitted by Michael Ward on November 20, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015

